# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MAJOR SEAN BARNETT,

        Plaintiff,    :    Case No. 3:25-cv-070

- vs -    Magistrate Judge Michael R. Merz

UNITED STATES AIR FORCE, et al.,

        Defendants.    :

## DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This case is before the Court on Plaintiff's Motion for Summary Judgment (ECF No. 21). Upon examination, the Motion does not comply with Fed.R.Civ.P. 56(c)(4) and is therefore DENIED.

August 11, 2025.

                                        s/ *Michael R. Merz*
                                    United States Magistrate Judge